```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 10803
   RAY STARK JR
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5895
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/18/04 and confirmed on 10/28/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  19632.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 11099.13 | .00 | 11099.13 |
| JOLIET FURNITURE MART | UNSECURED | 577.60 | .00 | 191.56 |
| ROBBINS SALOMON & PATT L | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1910.46 | .00 | 633.60 |
| PHONESAVANH BOUNTHAVONG | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| UNIQUE AUTOMOTIVE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2763.84 | .00 | 2763.84 |
| CINGULAR WIRELESS | UNSECURED | 777.45 | .00 | 257.84 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1445.16 | .00 | 479.29 |
| HYUNDAI MOTOR FINANCE CO | UNSECURED | 7893.01 | .00 | 2617.72 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11099.13 | 2763.84 | 12603.68 | .00 | 26466.65 |
| PRINCIPAL PAID | 11099.13 | 2763.84 | 4180.01 | .00 | 18042.98 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11099.13 | 2763.84 | 4180.01 | .00 | 18042.98 |

The Debtor's attorney, TIMOTHY A CLARK                    , was allowed $   1500.00
and was paid $    806.00   direct and $    694.00  through the plan.

The Trustee received $     895.02 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/13/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 04 B 10803 RAY STARK JR
```